**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RANDOLPH QUINTAL,**<br>**Plaintiff,**<br><br>**v.**<br><br>**PENNSYLVANIA STATE POLICE,**<br>**CHRISTOPHER ABBOTT,**<br>**JARRED BURNETT, and**<br>**CHRISTOPHER ADAMS,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br><br>**NO. 24-2385** |

**O R D E R**

**AND NOW**, this 5th day of August, 2026, upon consideration of the Motion for Summary Judgment filed by Defendants Pennsylvania State Police, Christopher Abbott, and Jarred Burnett (ECF No. 44 (the "Motion")), Plaintiff's response in opposition thereto (ECF No. 52), and Defendant's reply in support of their Motion (ECF No. 55), it is **ORDERED** that the Motion is **GRANTED**. Counts V and VI are **DISMISSED WITH PREJUDICE** and Counts I, III, and IV are **DISMISSED WITHOUT PREJUDICE.** Plaintiff shall have thirty (30) days from the date of this Order to refile his negligence claims (Counts I, III, and IV) in state court.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**